IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-CR-00516-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL BARELA,

      Defendant.

---

## ORDER TO SET REVOCATION HEARING

---

IT IS ORDERED that a hearing is set for **July 17, 2006 at 9:00 a.m.** in the U.S.

District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado,

regarding the revocation of supervised release for Defendant Barela.

      DATED: April 20, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____
                        Phillip S. Figa
                        United States District Judge