IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00516-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BARELA,

    Defendant.

---

## MINUTE ORDER TO SET REVOCATION HEARING

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    IT IS ORDERED that a hearing is set for **Friday, March 16, 2007 at 8:15 a.m.** before the undersigned in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, regarding the revocation of supervised release for Defendant Barela.

    DATED:  February 23, 2007