# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  04-cr-00516-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY BARELA,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the revocation hearing previously set for April 27, 2007, is **VACATED** and is **RESET** to **May 4, 2007**, at 3:00 p.m.  The U.S. shall secure the defendant's appearance for this hearing.

Dated:  March 27, 2007

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.